151 F.3d 1026
 Jacquelyn B. N'Jai
v.
Pittsburgh Board of Public Education, Pittsburgh Federation
of Teachers, Mary Ellen McBride, Principal, Roberta
Diederich, School Nurse, Lois Peckich, Payroll Secretary,
Joanne Lubert, Developmental Advisor, Susan Musical,
Librarian, Accountant, Stpehen Radcoski, PFT Rep.
 NO. 97-3213
 United States Court of Appeals,
Third Circuit.
 April 30, 1998
 Appeal From: W.D.Pa. ,No.94cv2096
 
 1
 Affirmed in part, Reversed in part.